SCOTTLYNN J HUBBARD, IV, SBN 212970
LYNN HUBBARD, III, SBN 69773
DISABLED ADVOCACY GROUP, APLC
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone:   (530) 895-3252
Fax:   (530) 894-8244

Attorneys for plaintiff Tony Martinez

ERIC DeWALT, SBN 138560
LAYFAYETTE & Kumagai
100 Spears Street, Suite 600
San Francisco, California 94105
Telephone: (415) 357-4600
Fax: (415) 357-4605

Attorney for defendant Petco Animal Supplies Stores, Inc. et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY MARTINEZ, | Case No. CIV. S-08-02484-JAM-JFM |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL AND ORDER THEREON** |
| PETCO ANIMAL SUPPLIES STORES, INC., dba PETCO; DONHAHUE SCHRIBER REALTY GROUP, LP | |
| Defendants. | |

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff TONY MARTINEZ, and defendant, PETCO ANIMAL SUPPLIES STORES, INC., dba PETCO and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff hereby requests that the Court dismiss the above-entitled action, with prejudice, **as to defendant PETCO ANIMAL SUPPLIES STORES, INC. dba PETCO** *only*.

Nothing in this Request for Dismissal shall be construed to affect plaintiff's complaint and claims in the above-referenced case against defendants other than defendant PETCO ANIMAL SUPPLIES STORES, INC. dba PETCO

Dated: January 12, 2009                    DISABLED ADVOCACY GROUP, APLC


*/s/ Lynn Hubbard III*
LYNN HUBBARD, III
Attorney for Plaintiff

Dated: January 12, 2009                    LAYFAYETTE & KUMAGAI


*/s/ Eric DeWalt*
ERIC DeWALT
Attorney for Defendant Petco Animal Supplies Stores, Inc, et al

## ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-08-02484 JAM JFM, is hereby dismissed with prejudice **as to PETCO ANIMAL SUPPLIES STORES, INC. only.**

Dated: January 13, 2008                    /s/ John A. Mendez
                                           United States District Court Judge