SCOTTLYNN J HUBBARD, IV, SBN 212970
LYNN HUBBARD, III, SBN 69773
DISABLED ADVOCACY GROUP, APLC
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone:   (530) 895-3252
Fax:   (530) 894-8244

Attorneys for plaintiff Tony Martinez

THOMAS CHAFFEE, SBN 207874
BRADY VORWERCK RYDER & CASPINO
3100 Oak Road, Suite 250
Walnut Creek, CA  94597
Telephone: (925) 274-9500
Fax: (925) 274-9501

Attorney for defendant Donohue Schriber Realty Group, LP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY MARTINEZ, | Case No. CIV. S-08-02484-JAM-JFM |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL AND ORDER THEREON** |
| PETCO ANIMAL SUPPLIES STORES, INC., dba PETCO; DONHAHUE SCHRIBER REALTY GROUP, LP | |
| Defendants. / | |

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff TONY MARTINEZ, and defendant, DONOHUE SCHRIBER REALTY GROUP, LP, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff hereby requests that the Court dismiss the above-entitled action, with prejudice, in its entirety.

Dated: July 22, 2010                    DISABLED ADVOCACY GROUP, APLC


*/s/ Lynn Hubbard III*
LYNN HUBBARD, III
Attorney for Plaintiff


Dated: July 21, 2010                    BRADY VORWERCK RYDER & CASPINO


*/s/ Thomas Chaffee*
THOMAS CHAFFEE
Attorney for Defendant Donohue Schriber
Realty Group, LP


## **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-08-02484 JAM JFM, is hereby dismissed with prejudice.


Dated: July 22, 2010                    /s/ John A. Mendez
                                        United States District Court Judge